NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-3236

SYLVIA M. REILLY,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in DE831E070359-I-1.

ON MOTION

Before DYK, Circuit Judge.

ORDER

Sylvia M. Reilly moves without opposition for a nine-day extension of time, until February 20, 2009, to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael J. Dierberg, Esq.
Brian Thomas Edmunds, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2009

JAN HORBALY
CLERK